IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  
Darlene Martinez, Court Reporter

Date: August 31, 2007

Criminal Action No. 07–cr–00172–EWN

*Parties:*                                              *Counsel:*

UNITED STATES OF AMERICA,                Kathleen Tafoya and Michele Korver

      Plaintiff,

v.

5.  VICTOR CHAVEZ,                            Robert Berger  
11. DANIEL HARRIS,                            Daniel Sears  
19. COURTNEY McCOY,                       Martha Eskesen

      Defendants.

---

### COURTROOM MINUTES

---

**Hearing Regarding Motion for Relief Concerning Conditions of Confinement**

**9:31 a.m.**     Court in session.

Appearances of counsel. Also seated at Government's table are FBI Special Agent Todd Wilcox and Aurora Police Detective Steve Stanley.

Discussion regarding detention and separation of defendants.

Discussion regarding need for procedures to be disseminated to all personnel at detention facilities.

Discussion with Mr. Sears regarding motion for relief, #534.

*Courtroom Minutes*
*07-cr-00172-EWN*
*Chief Judge Edward W. Nottingham*
*Page 2 of 2*

Discussion with Chief Deputy U.S. Marshal Ken Deal regarding number and location of laptop computers at detention facilities.

Mr. Sears makes further statements concerning the conditions of Defendant Harris' confinement and access to laptop computers.

Ms. Eskesen addresses court regarding Defendant McCoy's joinder in the motion as to access to computers.

Further discussion regarding access to computers and volume of discovery.

**ORDERED:** **Defendant Harris' Motion for Relief Concerning Conditions of Confinement (#534, filed August 20, 2007) is GRANTED in part and DENIED in part. It is granted insofar as it requests that the jailers make available at reasonable times all of the computers for access by the accused in this case. It is denied insofar as the motion requests transfer to FDC.**

**9:58 a.m.**     Court in recess.

Hearing concluded.

Total time: 00:27