IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 07-cr-00172-CMA-05

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

VICTOR CHAVEZ,

    Defendant.

---

### ORDER CONTINUING SUPERVISION AND MODIFYING THE CONDITIONS OF SUPERVISED RELEASE

---

    THIS MATTER was before the Court for a supervised release violation hearing on September 1, 2011, upon report of the probation officer that Defendant Chavez had violated the terms and conditions of his supervision. The Defendant admits to violations 1 and 2, as alleged in the probation officer's petition. Accordingly, it is

    ORDERED that the Defendant's term of supervised release be continued and all previously imposed conditions shall remain in full force and effect. It is

    FURTHER ORDERED that the Defendant shall be placed on home detention for a period of 120 days, to commence within 21 days. During this period, the Defendant shall remain at his place of residence at all times other than time spent at work or time spent on other activities approved in advance by the probation officer. This period of home detention shall be enforced by electronic monitoring. To permit this monitoring, the Defendant shall maintain a telephone at is place of residence without any special services, modems, answering machines, or cordless telephones. The Defendant shall wear electronic monitoring devices and follow all other procedures specified by the probation officer. The Defendant shall pay the cost of electronic monitoring as directed by the probation officer.

    DATED at Denver, Colorado, this __13th__ day of September, 2011.

    BY THE COURT:

    _____
    CHRISTINE M. ARGUELLO
    United States District Judge